03/06/2006  14:35   13103151557---0          GRODSKY & OLECKI LLP                    PAGE 03/04

*SEND*

Received  Mar-06-06  02:96pm     From-13103151557   0        To-HAHN & HAHN LLP      Page 03

FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1 | LAURA V. FARBER, State Bar No. 149618
   | HAHN & HAHN LLP
2 | NINTH FLOOR
   | 301 E. COLORADO BOULEVARD
3 | PASADENA, CALIFORNIA 91101-1977
   | Telephone: (626) 796-9123
4 | Facsimile: (626) 449-7357
   | E-Mail: lfarber@hahnlawyers.com
5 |
   | CELESTE M. BUTERA
6 | PIA RIVERSO
   | RIVKIN RADLER LLP
7 | 926 RECKSON PLAZA (LONG ISLAND)
   | UNIONDALE, NEW YORK 11556-0111
8 | Telephone: (516) 357-3000
   | Facsimile: (516) 357-3333
9 | E-Mail: Celeste.Butera@rivkin.com

10 | Attorneys for Defendants, CHRISHA
11 | CREATIONS, LTD., a Rhode Island
   | corporation and CHRISHA, INC., a Rhode
12 | Island corporation

13 |              UNITED STATES DISTRICT COURT

14 |      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15 |

16 | HUGFUN INTERNATIONAL, INC., a        | CASE NO. CV05-8510 NM (AJWx)
   | California corporation,               |
17 |                                       | STIPULATION TO EXTEND TIME
   |                                       | TO RESPOND TO FIRST
18 |               Plaintiff,              | AMENDED COMPLAINT +ORDER
   |                                       |
19 |          vs.                          |
   |                                       |
20 | CHRISHA CREATIONS, LTD., a            | Counsel are reminded that all submissions
   | Rhode Island corporation, CHRISHA,    | must be font no smaller than Times Roman 14.
21 | INC., a Rhode Island corporation,     | See Local Rule 11-3.1.1. Non-compliant papers
   | WAL-MART STORES, INC., a              | will not be considered.
22 | Delaware corporation,                 |
   |                                       |
23 |               Defendants.             |

24 |

25 |      WHEREAS, counsel for Defendants have requested an extension of time to

26 | respond to the amended complaint and consider the allegations in the amended

27 | complaint as same impact the previous motion to dismiss which was deemed moot

28 | by Court pursuant to its March 3, 2006 minute order.

LODGED

2006 MAR -7 AM 10: 50



DOCKETED ON CM

MAR - 8 2006

BY _____ 022

27

1    Accordingly, Plaintiff, HUGFUN INTERNATIONAL, INC., and Defendants,

2  CHRISHA CREATIONS, LTD., CHRISHA, INC., and WAL-MART STORES,

3  INC. hereby stipulate to extend the time for all Defendants to answer, make any

4  motion or otherwise respond to the First Amended Complaint to March 20, 2006.

5

6

7  DATED: March 6, 2006          HAHN & HAHN LLP

8

9                                By: _____
                                  Laura V. Farber
10                                Attorneys for Defendants, CHRISHA
                                  CREATIONS, LTD., a Rhode Island
11                                corporation and CHRISHA, INC., a Rhode
                                  Island corporation
12  DATED: March 6, 2006          RIVKIN RADLER LLP

13

14                                By: _____
                                  Celeste M. Butera
15                                Attorneys for Defendants, CHRISHA
                                  CREATIONS, LTD., a Rhode Island
16                                corporation and CHRISHA, INC., a Rhode
                                  Island corporation
17

18  DATED: March 6, 2006          GRODSKY & OLECKI LLP

19

20                                By: _____
                                  Allen B. Grodsky
21                                Attorneys for Plainitff, HUGFUN
                                  INTERNATIONAL, INC.

22      IT IS SO ORDERED:

23  DATED: March 7, 2006          _____

24                                JUDGE OF THE U.S. DISTRICT COURT

                                  NORA M. MANELLA
25  1914346 v1
   Counsel are reminded that all submissions
26    must be font no smaller than Times Roman 14.
    See Local Rule 11-3.1.1. Non-compliant papers
27    will not be considered.

28

_____
                    STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT